LONG DOCK COMPANY, APPELLANT, v. STATE BOARD OF TAXES AND ASSESSMENT, ETC., RESPONDENT.

Argued March 13, 1917—Decided May 24, 1917.

On appeal from the Supreme Court, whose opinion is reported in 89 *N. J. L.* 108.

(In re reassessments on second-class property for 1911.)

For the appellant, *Collins & Corbin.*

For the respondent, *John W. Wescott,* attorney-general, *John Bentley* and *John R. Hardin.*

PER CURIAM.

Legal questions were first dealt with in the opinion of Mr. Justice Parker in the court below, so as to lay a foundation for the consideration of the facts, and those questions were, in our opinion, rightly decided. As there was evidence to support the finding of facts made by the Supreme Court, that finding is not reviewable in this court.

The judgment under review will be affirmed.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, TRENCHARD, BERGEN, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ.   11.

*For reversal*—None.